Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED ✓   LODGED \_\_\_
RECEIVED \_\_\_   COPY \_\_\_
AUG 1 2 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Judy Carrillo
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Stinger Bridge & Iron
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV-25-2899-PHX-JJT
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Judy Carrillo
   Street Address: 4992 W Warren DR
   City and County: Casa Grande
   State and Zip Code: Arizona 85194
   Telephone Number: (520) 517-7459
   E-mail Address: thirdoff8apt@hotmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Name: Stinger Bridge & Iron
Job or Title (if known):
Street Address: 4248 N Highway 87
City and County: Coolidge, Pinal County
State and Zip Code: Arizona 85128
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**
Name: IRS Criminal Investigations
Job or Title (if known):
Street Address: 1111 Constitution Av
City and County: Washington D.C
State and Zip Code: District of Columbia 20549
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name: Securities + Exchange Commission
Job or Title (if known): RICO crimes
Street Address: 100 F Street NE
City and County: Washington D.C
State and Zip Code: District of Columbia 20549
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: Interpol
Job or Title (if known):
Street Address: 200 quai Charles de Gaulle
City and County: Lyon
State and Zip Code: France 69006
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

~~RICO~~ Tax Fraud, Banking, Insurance Fraud, Mail Crimes, Mail Theft

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation
            The defendant, *(name)* _____, is incorporated under
            the laws of the State of *(name)* _____, and has its
            principal place of business in the State of *(name)* _____.
            Or is incorporated under the laws of *(foreign nation)* _____,
            and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy   **50 Million**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Monetary.**

Stinger Bridge + Iron

Lawsuit is for financial Institution Fraud, Employemt Fraud and Securities Fraud with theft of Retirement of my fathers Estate left to my care. I was owed duty of care and to be notified which I was not, Negligence. I am suing for Conspiring with others to defraud financial institutions and Interference in an Insurance Process. I am suing for International Social Security Fraud, Tax Fraud and conspiring with others to do so. I am suing for Aggravated Identity Theft and conspiring with others to do so. I am suing for contract fraud or Interference of contracts multi-jurisdictional. I am suing for unpaid wages and unlawful termination. I am also suing for theft of Unemployent income or conspiring with others to do so. I am suing for conspiracy to mail crimes and conspiracy to steal money + property that belongs to me. I am suing for tax fraud and conspiracy to tax fraud with others. I am suing for International due process. I am suing for conspiracy to PPP loan fraud, tax evasion schemes, Courthouse kickback schemes. I am suing for Conspiracy to use company to embezzle or money launder income from Organized crime through the Company. I am suing for conspiracy to Unpaid bills, debt and other required by Federal Law through Social Security Act of 1935. I am suing for restitution by depriving me of the enjoyment of money and property. I am suing for Conspiracy to International Crimes Against Humanity and to conspire with others to wage wars of agression and crimes against the peace. I am suing for Non-Payment and debt owed to me. I am suing for conspiracy with City Officials to interfere and violate due process and sheltering themselves behind official positions, Fraud, Corruption.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/12/25

Signature of Plaintiff: _(signed)_
Printed Name of Plaintiff: Judy Carrillo

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address